IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,

    Plaintiff,　　　　　　　　　　　　No. 2:09-cv-00489 MCE KJN PS

  vs.

PLACER COUNTY, et al.,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>

_____/

       On April 12, 2010, this court issued an order to defendant Thomas J. Platina requiring either (1) payment of the United States Marshals' personal service fees or (2) a written statement showing good cause for failing to waive service. (Dkt. No. 62.) On April 26, 2010, defendant Platina filed a statement of good cause regarding waiver of service. (Dkt. Nos. 63, 64.)

       For good cause shown, the court's April 12, 2010 order to show cause is hereby discharged as to defendant Thomas J. Platina and he is not required to pay the aforementioned costs of personal service upon him in this action.

////

////

////

1

**IT IS SO ORDERED**

DATED: April 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE