IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,

        Plaintiff,           No. 2:09-cv-00489 MCE KJN PS

   vs.

PLACER COUNTY, et al.,        <u>ORDER TO SHOW CAUSE</u>

        Defendants.
_____/

       Plaintiff, an attorney, is proceeding pro se in this action.  On July 2, 2010, plaintiff filed a declaration in support of her opposition to several motions to dismiss her second amended complaint.  (Dkt. No. 95.)

       On page six of that opposition, plaintiff stated as follows:

> On July 1, 2010, I was unable to access the Court's efiling program with Pacer.  I therefore asked my new employer, Robert Bowman, if I could use his Pacer account to file my opposition papers.  He graciously granted my request.  However, after the first opposition papers were filed (opposing the motion filed by Defendants SCMHTC to dismiss the Second Amended Complaint), Mr. Bowman's name now appears as though he is my attorney of record.  Mr. Bowman is not my lawyer; I am representing myself in this action.  I respectfully request the Court to remove Robert Bowman's name from the efiling Proof of Service of documents in this action.

(Dkt. No. 95 at 6.)

////

1         Pursuant to Local Rule 131, "[a]nything filed using an attorney's name, login and password will be deemed to have been signed by that attorney for all purposes, including Fed. R. Civ. P. 11." L.R. 131(c); <u>see</u> <u>also</u> L.R. 135(g) ("The court registration name and password, when utilized for the electronic filing of documents, will serve as the party's signature for Fed. R. Civ. P. 11 purposes.").

        Although this court granted plaintiff leave to file documents in this action via the court's electronic filing system because plaintiff represented to the undersigned that she was an attorney in good standing before this court, Dkt. No. 61 at 4, the court did not and would not grant plaintiff leave to do so under another attorney's name. Further, the court specifically noted that such leave may be withdrawn in the event of noncompliance with the Local Rules. Pursuant to Local Rule 135(d), attorneys who wish to file documents in this District are responsible for and must take care to ensure the validity of their signatures. L.R. 135(d).

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

        1. Attorney Robert C. Bowman is hereby ordered to show cause, in writing, within seven (7) days of the date of this order, why he should not be deemed to represent plaintiff Kathlyn A. Rhodes for all purposes in this action. Mr. Bowman shall also address whether he authorized plaintiff to use his Eastern District of California e-filing name and password for filings in <u>this</u> action.

        2. Plaintiff shall serve a copy of this order upon attorney Robert C. Bowman and file a proof of service with this court reflecting such service within seven (7) days of the date of this order.

        3. Plaintiff is further ordered to show cause, in writing, within seven (7) days of the date of this order, why she believes that she is permitted to use another attorney's Pacer account to file documents in this action.

////

////

          4.  Failure to comply with the terms of this order may result in dismissal of this action.

    IT IS SO ORDERED.

DATED: July 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE