IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,

    Plaintiff,                                No. 2:09-cv-00489 MCE KJN

    vs.

PLACER COUNTY, et al.,

    Defendants.                           ORDER

_____/

        On July 12, 2010, the parties filed a brief document entitled Joint Status Report. (Dkt. No. 104.) No pretrial scheduling conference date has yet been set in this action.[1] Plaintiff and the Rocklin defendants request that the initial disclosure deadline and the discovery deadline be set for a certain date. The remaining defendants request that the court continue the deadline for the parties' status report and initial disclosures until after it has ruled on the three pending motions to dismiss currently under submission before this court. In consideration of the foregoing, and in the interests of judicial economy, the court will vacate the deadline for making

////

---

[1] On September 15, 2009, the court issued its initial service and status report order. (Dkt. No. 6.)

1

1  initial disclosures and filing a joint status report, and will set a status conference after its ruling
2  on the motions to dismiss, if necessary.
3        IT IS SO ORDERED.
4  DATED: July 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE