IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,

        Plaintiff,                    No. 2:09-cv-00489 MCE KJN PS

   vs.

PLACER COUNTY, et al.,                <u>ORDER</u>

        Defendants.
_____/

        On July 9, 2010, this court issued an Order to Show cause regarding plaintiff's use of another attorney's electronic filing login information to file documents in this action. (Dkt. No. 102.) The court ordered that plaintiff and the other attorney, Robert C. Bowman, file written responses with this court. Plaintiff and attorney Bowman timely complied with this requirement. After reviewing the filings in response to this court's order to show cause, it is HEREBY ORDERED as follows:

        1. The Order to Show Cause issued July 9, 2010 is hereby discharged;

        2. Plaintiff's previously granted authorization to file documents electronically in this action is hereby revoked. Plaintiff shall file any future documents in this case in accordance with the provisions pertaining to pro se plaintiffs (<u>See</u> Local Rule 133(b)(2)); and

////

1

3. The Clerk of Court is directed to remove attorney Robert C. Bowman as an attorney of record and from the docket in this action.

Noncompliance with the terms of this order, or of the federal or local rules, may be grounds for the imposition of sanctions, including but not limited to dismissal of this action. See Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

IT IS SO ORDERED.

DATED: July 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE