IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,

    Plaintiff,

vs.

PLACER COUNTY, et al.,

    Defendants.
_____/

No. 2:09-cv-00489 MCE KJN PS

<u>ORDER</u>

This matter is now set for a status conference before the undersigned at 10:00 a.m. on Thursday, May 19, 2011, in Courtroom 25. All parties are to comply with the local rules regarding the filing of a timely joint status report. E.D. Local Rule 240; Fed. R. Civ. P. 16.

**IT IS SO ORDERED.**

DATED: April 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1