IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLYN A. RHODES, | No. 2:09-cv-00489-MCE-KJN PS |
| Plaintiff, | |
| vs. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |
| _____/ | |

On March 31, 2011, the magistrate judge filed findings and recommendations (ECF. No. 121) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Proposed Findings and Recommendations (ECF. No. 121) filed March 31, 2011, are ADOPTED;

2. The motion to dismiss the claim for violation of 42 U.S.C. § 1981 is GRANTED as to defendant American Medical Response ("AMR"), and that claim is DISMISSED with prejudice as against AMR;

3. The motion to dismiss the claim for violation of 18 U.S.C. § 245 is GRANTED as to AMR, and that claim is DISMISSED with prejudice as against AMR;

4. The motion to dismiss the claims for violations of California Civil Code §§ 51 and 51.7 are GRANTED as to AMR, and that the claims are DISMISSED with prejudice as against AMR;

5. The motion to dismiss the claims for violations of California Civil Code §§ 54, 54.1, and 54.3 is GRANTED as to AMR, and that the claims are DISMISSED with prejudice as against AMR;

6. The motion to dismiss the claims for violation of California Civil Code § 1708 are GRANTED as to AMR, and that the claims are DISMISSED with prejudice as against AMR;

7. The motion to dismiss the "trespass" claim is GRANTED as to AMR, and that the "trespass" claim is DISMISSED with prejudice as against AMR;

8. The motion to dismiss the false imprisonment and false arrest claims are GRANTED as to AMR, and that the claims are DISMISSED with prejudice as against AMR;

9. The motion to dismiss the defamation/slander claim is GRANTED as to AMR, and that the claim is DISMISSED with prejudice as against AMR;

10. The motion to dismiss the conversion claim is GRANTED as to AMR, and that the claim is DISMISSED with prejudice as against AMR;

11. The motion to dismiss the medical malpractice claim is GRANTED as to AMR, and that the claim is DISMISSED with prejudice as against AMR; and

12. The motion to dismiss the "negligence per se" claim is GRANTED as to AMR, and that the claim is DISMISSED with prejudice as against AMR.

Dated: May 3, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE