IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLYN A. RHODES, | No.  2:09-cv-00489-MCE-KJN-PS |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |
| _____/ | |

On May 23, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 23, 2011 (ECF No. 138), are ADOPTED; and

2. Defendants Sacramento County (sued herein as Sacramento County Mental Health Treatment Center ("SCMHTC")), Dorian Kittrell, and Frank Patino are DISMISSED from this action with prejudice.

DATED: June 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE