THOMAS E. STILL, ESQ. - State Bar No. 127065
PATRICK C. STOKES, ESQ. - State Bar No. 251558
LAW OFFICES OF
**HINSHAW, MARSH, STILL & HINSHAW, LLP**
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Defendant, AMERICAN MEDICAL RESPONSE

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHLYN A. RHODES, | No. 2:09-CV-0489-MCE -KJN |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE  [FRCP 41(a)(1)]** |
| COUNTY OF PLACER, et al., | |
| Defendants. | |
| _____ / | |

Based upon the written stipulation of the parties, and good cause appearing, it is hereby ordered that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action is dismissed with prejudice as to Defendant AMERICAN MEDICAL RESPONSE.

Dated: September 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE