| | |
|---|---|
| **KATHLYN A. RHODES**<br>P. O. Box 7826<br>Citrus Heights, CA 95621-7826<br>Telephone: (916) 723-4917<br>In Propria Persona | **PLACER COUNTY COUNSEL'S OFFICE**<br>**David K. Huskey (SBN** 109329)<br>dhuskey@placer.ca.gov<br>175 Fulweiler Avenue<br>Auburn, CA 95603<br>Telephone: (530) 889-4044<br>Facsimile: (530) 889-4069<br>Attorneys for Defendants Placer County, Edward N. Bonner, Mike Seipert and Cheryl Hamilton |
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>**Robert F. Tyler, Jr. (SBN 63055)**<br>rtyler@wilkefleury.com<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>Attorneys for Defendants Sonja Marie Jackson, M.D. and David Fakhri, M.D. | **ANGELO, KILDAY & KILDUFF**<br>**Amie Collins McTavish (SBN 242372)**<br>amctavish@akk-law.com<br>601 University Avenue, Ste. 150<br>Sacramento, CA 95825<br>Telephone: (916) 564-6100<br>Facsimile: (916) 564-6263<br>Attorneys for Defendants City of Rocklin, Susan Davis, Darrell Jantz, Jennifer Collins, Mark Siemens, Carlos Urrutia and Thomas Platina |
| **TRIMBLE, SHERIDAN & VARANINI**<br>**Jerome M. Varanini (SBN 58531)**<br>jvaranini@tsvlaw.com<br>P. O. Box 590<br>Sacramento, CA 95812-0590<br>Telephone: (916) 444-8271<br>Facsimile: (916) 442-5750<br>**Attorneys for Defendants California Forensic Medical Group, Inc, Elaine Hustedt, Dan Hustedt and Taylor Fithian, M.D.** | **LAW OFFICES OF DAVID A. WALLIS**<br>**Thomas P. Connolly (SBN 137644)**<br>tcp@DBBMlaw.com<br>wallisd2@nationwide.com<br>1435 River Park Drive, Ste. 504<br>Sacramento, CA 95815<br>Telephone: (916) 921-9353<br>Facsimile: (916) 921-9040<br>**Attorneys for Defendants Choice Hotels International, Inc., Sac City Lodging LLC, Eva Cooper and Myrna Yao** |
| **HINSHAW, MARSH, STILL & HINSHAW**<br>**Thomas E. Still (SBN 251558)**<br>tstill@hinshaw-law.com<br>12901 Saratoga Avenue<br>Saratoga, CA 95070-9998<br>Telephone: (408) 861-6500<br>Facsimile: (408) 257-6645<br>Attorneys for Defendants American Medical Response | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLYN A. RHODES,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | Case No. 2:09-CV-0489-MCE-KJN (PS)<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANTS SONJA MARIE JACKSON, M.D. AND DAVID FAKHRI, M.D., AND ORDER THEREON**<br><br>**(FRCP 41(a)(1))**<br><br>Trial Date:    June 17, 2013 |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

829817.1                                    -1-                        2:09-CV-0489 MCE KJN PS
STIPULATION DISMISSING DEFENDANTS JACKSON AND FAKHRI AND ORDER THEREON

1    IT IS HEREBY STIPULATED, pursuant to FRCP Rule 41(a)(1), by and between the plaintiff
2 KATHLYN A. RHODES, *In Propria Persona,* and Defendants SONJA MARIE JACKSON, M.D.
3 and DAVID FAKHRI, M.D., by and through their attorneys of record, for a dismissal of all claims
4 against them as follows:

5    1.    While plaintiff named Sonja Marie Jackson, M.D. as a party defendant in her Second
6 Amended Complaint on file herein, Plaintiff has decided to no longer pursue any claims against
7 defendant Jackson;

8    2.    While plaintiff named David Fakhri, M.D. as a party defendant in her Second
9 Amended Complaint on file herein, Plaintiff has decided to no longer pursue any claims against
10 defendant Fakhri.

11   3.    In return for Plaintiff's voluntary dismissal, defendants Jackson and Fakhri have agreed
12 to waive any claims for fees and costs they may otherwise have against Plaintiff.

13   Given the foregoing, and good cause appearing, the parties hereby agree that defendants
14 Jackson and Fakhri should, and hereby are, dismissed from this action, with prejudice.

15 DATED: July ___, 2012         KATHLYN RHODES

16                               By: _____
17                                    KATHLYN RHODES
                                      In Properia Persona

18 DATED: July ___, 2012         WILKE, FLEURY, HOFFELT,
19                               GOULD & BIRNEY, LLP

20                               By: _____
21                                    ROBERT F. TYLER, JR.
                                      Attorneys for Defendants
22                                    Sonja Marie Jackson, M.D. And David Fakhri,
                                      M.D., Erroneously Sued and Served Herein as
23                                    David Fakhiri, M.D.

24 DATED: July ___, 2012         HINSHAW, MARSH, STILL & HINSHAW

25                               By: _____
26                                    THOMAS E. STILL
                                      Attorneys for Defendants
27                                    American Medical Response

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

829817.1                              -2-                       2:09-CV-0489 MCE KJN PS
STIPULATION DISMISSING DEFENDANTS JACKSON AND FAKHRI AND ORDER THEREON

| | | |
|---|---|---|
| 1 | DATED: July ___, 2012 | PLACER COUNTY COUNSEL'S OFFICE |
| 2 | | By: _____ |
| 3 | | DAVID K. HUSKEY |
| | | Attorneys for Defendants |
| 4 | | Placer County, Edward N. Bonner, Mike Seipert |
| 5 | | and Cheryl Hamilton |
| 6 | DATED: July ___, 2012 | TRIMBLE, SHERIDAN & VARANINI |
| 7 | | By: _____ |
| | | JEROME M. VARANINI |
| 8 | | Attorneys for Defendants |
| 9 | | California Forensic Medical Group, Inc, Elaine Hustedt, Dan Hustedt and Taylor Fithian, M.D. |
| 10 | DATED: July ___, 2012 | ANGELO, KILDAY & KILDUFF |
| 11 | | By: _____ |
| 12 | | AMIE COLLINS MCTAVISH |
| | | Attorneys for Defendants |
| 13 | | City of Rocklin, Susan Davis, Darrell Jantz, |
| 14 | | Jennifer Collins, Mark Siemens, Carlos Urrutia and Thomas Platina |
| 15 | DATED: July ___, 2012 | LAW OFFICES OF DAVID A. WALLIS |
| 16 | | By: _____ |
| 17 | | THOMAS P. CONNOLLY |
| 18 | | Attorneys for Defendants |
| | | Choice Hotels International, Inc., Sac City |
| 19 | | Lodging LLC, Eva Cooper and Myrna Yao |

**ORDER OF DISMISSAL**

Based upon the foregoing Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that pursuant to FRCP 41(a)(1) defendants Sonja Jackson, M.D. and David Fakhri, M.D. are hereby dismissed, with prejudice, for a waiver of fees and costs.

Dated:  October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE