UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLYN A. RHODES,  　　　　　　　　No. 2:09-cv-00489-MCE-KJN

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　ORDER CONTINUING TRIAL

PLACER COUNTY, ET AL.,

　　　　Defendant.
_____/

　　　YOU ARE HEREBY NOTIFIED the June 17, 2013 jury trial is vacated and continued to **August 5, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **May 30, 2013**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

　　　Accordingly, the May 2, 2013 Final Pretrial Conference is vacated and continued to **June 13, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **May 23, 2013** and shall comply with the procedures outlined in the Court's June 2, 2011 Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **May 23, 2013.** Oppositions must be filed by **May 30, 2013** and any reply must be filed by **June 6, 2013.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE